IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ESTATE OF JIMMIE RUDD, DECEASED,
BY AND THROUGH BOBBY RUDD,
ADMINISTRATOR OF THE ESTATE OF
JIMMIE RUDD, DECEASED, FOR THE USE
AND BENEFIT OF THE ESTATE OF JIMMIE
RUDD, DECEASED AND FOR THE USE AND
BENEFIT OF THE WRONGFUL DEATH
BENEFICIARIES OF JIMMIE RUDD                                   PLAINTIFF

v.                                   CIVIL ACTION NO.: 3:15-CV-217-MPM-SAA

GGNSC SOUTHAVEN LLC d/b/a GOLDEN LIVING
CENTER SOUTHAVEN, et al.                                        DEFENDANTS

## ORDER

Plaintiff has requested that *pro hac vice* counsel, Deena K. Arnold, be allowed to appear at depositions on behalf of plaintiff without the presence of local counsel. Docket 36. Local Rule 83.1(b)(1) states that "every deposition, mediation, conference or hearing must be attended by at least one attorney of record admitted to the general practice of law in the district court in which the action is pending." Because the Local Rules explicitly require participation by local counsel at depositions, plaintiff's motion will be DENIED. However, under the circumstances of this particular case, local counsel will be allowed to participate in the depositions telephonically.

**SO ORDERED,** this the 31st day of May, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE